## Ira J. McCULLOUGH v. BAASH–ROSS TOOL COMPANY, and Kammerer Corporation.

### No. 9971.

Circuit Court of Appeals, Ninth Circuit.

Nov. 6, 1941.

R. Welton Whann, of Los Angeles, Cal., for appellant.

Lyon & Lyon, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein from summary judgment of May 6, 1941, be dismissed, that a decree be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. UTILITY TOOL MANUFACTURING COMPANY and Utility Electric Company.

### No. 12144.

Circuit Court of Appeals, Eighth Circuit.

Oct. 17, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Cobbs, Logan, Roos & Armstrong, of St. Louis, Mo., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, pursuant to petition for enforcement, stipulation and consent.

## OMAHA CUDAHY PLANT WORKERS' UNION, Petitioner, v. NATIONAL LABOR RELATIONS BOARD.

### No. 12119.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1941.

Robert R. Troyer, of Omaha, Neb., for petitioner.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Petition to review and set aside order of National Labor Relations Board dismissed at costs of petitioner, pursuant to motion of petitioner and consent of respondent.

## UNITED STATES v. Bess Haynes DAVIS, as Executrix of Last Will of Samuel W. Davis, Deceased, et al.

### No. 9968.

Circuit Court of Appeals, Ninth Circuit.

Nov. 6, 1941.

Wm. Fleet Palmer, U. S. Atty., and Daniel Dillon, Atty. Dept. of Justice, both of Los Angeles, Cal., for appellant.

Volney P. Mooney, Jr., and Sylvester Hoffmann, both of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.